IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:08-CR-_____ |
| | ) | JUDGE _____ |
| TONY A. TRIVETTE | ) | |
| JACK L. TRIVETTE | ) | |
|    aka JACKIE TRIVETTE | ) | |
| PHILLIP S. GRAY | ) | |
| CHARLES TESTER | ) | |
| JEFF ROGERS | ) | |
|    aka JAMES ROGERS | ) | |
| JULIE FRANCISCO | ) | |

## MOTION TO SEAL

Comes now the United States of America by and through the United States Attorney for the Eastern District of Tennessee, and Caryn L. Hebets, Assistant United States Attorney, and respectfully requests that this motion, the indictment, all other documents related to the indictment, and the ensuing order be sealed pending the arrest of the defendants charged.

WHEREFORE, the United States of America respectfully requests that this motion, the indictment, all other documents related to the indictment, and the ensuing order be sealed with the exception that the United States Attorney's Office will be provided a stamp filed copy.

Submitted this the 13th day of May, 2008.

                Respectfully submitted,

                JAMES R. DEDRICK
                UNITED STATES ATTORNEY

BY:   */s/ Caryn L. Hebets*
        Caryn L. Hebets
        Assistant U.S. Attorney
        208 Sunset Drive, Suite 509
        Johnson City, TN 37604