**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | EDTN No. 2:08-CR-38  (13) |
| DEFENDANT | TYPE OF PROCESS |
| TONY A. TRIVETTE, et al. | Protective Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edward Colley

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6271 Ruebush Road; Dublin, VA  24084-5903      540/674-1422 (H)  540/230-1691 (C)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Caryn L. Hebets, Assistant U.S. Attorney
United States Attorney's Office
220 W. Depot Street, Suite 423
Greeneville, TN 37743

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

CATS No. 08-DEA-503784  (Dishner Valley Road)

JDIS Entered  SEP 10 2008
Transferred to District  84

Signature of Attorney other Originator requesting service on behalf of:  ✓ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (423) 282-1889     DATE: 8/14/08
Nancy Pollard Harr, Supervising AUSA

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 74 | District to Serve No. 84 | Signature of Authorized USMS Deputy or Clerk | Date: SEP 10 2008 |
|---|---|---|---|---|---|

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): N/A

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above): N/A

Date: 10/28/08    Time: 3:17 pm

Signature of U.S. Marshal or Deputy: #3882

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $50.90 | 0 | | | $140.90 |

REMARKS: The Subject was personally served @ residence. Telephone # issued for AUSA (E/TN) for any questions & concerns.

PRINT 5 COPIES: 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

Case 2:08-cr-00038-RLJ   Document 132   Filed 11/07/08   Page 1 of 1   PageID #: 2282