**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>EDTN No. 2:08-CR-38 |
| DEFENDANT<br>TONY A. TRIVETTE, et al. | TYPE OF PROCESS<br>Protective Order |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | Angelia Smith |
| **AT** | ADDRESS *(Street or RFD, Apartment No.. City, State and ZIP Code)* |
| | 6011 Dishner Valley Road; Bristol, VA 24202-1421 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 — 1 |
| Caryn L. Hebets, Assistant U.S. Attorney<br>United States Attorney's Office<br>220 W. Depot Street, Suite 423<br>Greeneville, TN 37743 | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

CATS No. 08-DEA-503784  (Dishner Valley Road)

JB18
Entered ___ **SEP 1 0 2008**

Transferred to District __ 8 4

Closed ___

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Nancy Holland Ham, Supervisory AUSA* | DEFENDANT | (423) 282-1889 | 8/14/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE
SEP 1 0 2008

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 74 | No. 84 | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>E. LYNN DOUGHERTY (ATTORNEY FOR ANGELA SMITH) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)*<br>131 EIGHTH ST.<br>BRISTOL, TN 37620 | Date<br>10/31/2008 | Time<br>1115 | ☒ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45⁰⁰/ | 17.55/ | | 62.55 | | $0.00 |

REMARKS:
1 DUSM 1 HR    30 MI ROUND @ .585

**PRINT 5 COPIES:** 1. CLERK OF THE COURT          PRIOR EDITIONS MAY BE USED
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,          Form USM-285
   if any amount is owed. Please remit promptly payable to U.S. Marshal.          Rev. 12/15/80
5. ACKNOWLEDGMENT OF RECEIPT          Automated 01/00

Case 2:08-cr-00038-RLJ   Document 134   Filed 11/07/08   Page 1 of 1   PageID #: 2284