# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

**Case No.** 2:08-cr-38-003      **At** Greeneville      **Date** 4/21/2009

**U.S.A.      vs.      Phillips S. Gray**      custody [X] bond [] surety [] Non-surety []

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

**PRESENT: HONORABLE LEON JORDAN, UNITED STATES DISTRICT JUDGE**

| Jason Huffaker | Karen Bradley | Nancy S. Harr |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. US Attorney** |

| J. Russell Pryor | | Myra Melton |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others Present:** USM, CSO

**PROCEEDINGS:**

[] Waiver of Indictment filed [] Information filed [] SEALED
[X] Plea Agreement [171] filed on 3/27/2009      [] SEALED      [X] UNSEALED
[] Ordered Attorney be appointed under Criminal Justice Act
[] Waived Appointment of Attorney and Waiver executed & filed
[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P
[X] Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
[X] Defendant moves to CHANGE PLEA  [X] granted  [] denied
[X] Defendant waives reading of Indictment/Information [] Indictment/Information read
[X] Defendant PLEADS guilty to Count 1 of the Fourth Superseding Indictment.
[] Defendant PLEADS NOT guilty to Counts
[] Government moves to dismiss
[X] DATE SET:      Sentencing: August 18, 2009 at 1:30 p.m. at Greeneville
                   Before Honorable Leon Jordan, United States District Judge
[X] Referred for PSI
[] Defendant to remain on bond      [X] Defendant remanded to custody of Marshal

**Time:** 1:25 p.m.      **to**      1:55 p.m.